# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **STRAGENT, LLC, ET AL.** § | |
| § | |
| *Plaintiffs*, § | CIV. ACTION NO. 6:11-CV-421-LED- |
| § | JDL |
| v. § | |
| § | |
| **INTEL CORPORATION,** § | JURY TRIAL DEMANDED |
| § | |
| *Defendant*. § | |
| § | |

## JOINT MOTION FOR LEAVE TO AMEND P.R. 3-1 AND P.R. 3-3 CONTENTIONS

Plaintiffs Stragent, LLC and TAG Foundation (collectively, "Stragent") and Defendant Intel Corporation ("Intel") jointly move the Court under Patent Rule 3-6 for leave to amend and supplement Stragent's Patent Rule 3-1 Infringement Contentions and Intel's Patent Rule 3-3 Invalidity Contentions.

Under the Court's original Docket Control Order (Dkt. No. 39), Stragent timely served P.R. 3-1 Infringement Contentions, and Intel timely served P.R. 3-3 Invalidity Contentions. Stragent seeks to amend its P.R. 3-1 Infringement Contentions to add accused products that were released by Intel after Stragent served its original Contentions. Stragent also seeks to include citations to accused product source code and to claim 16 of the '072 patent as an asserted claim.

Intel seeks to amend its P.R. 3-3 Invalidity Contentions to include citations to source code for prior art products that were identified in its original Contentions. Intel also seeks to include citations to prior art references that have been disclosed to Stragent and that were discovered after Intel's original Contentions and to address the newly asserted claim 16 from the '072 patent identified in Stragent's amended Infringement Contentions.

The Markman hearing in this case is still three months away. The parties agree that good cause exists for Stragent to amend Stragent's Patent Rule 3-1 Infringement Contentions and for Intel to amend its Patent Rule 3-3 Invalidity Contentions. Given that Stragent served its amended Infringement Contentions on November 21, 2012, the parties agree that Intel should have until December 28, 2012 to serve its amended Invalidity Contentions.

Accordingly, Stragent and Intel respectfully request that the Court grant the parties' motion for leave to amend their respective Infringement and Invalidity Contentions as described above, and to amend the Amended Docket Control Order (Dkt. No. 58) to add a deadline to allow Intel until December 28, 2012 to serve its amended Invalidity Contentions. This Motion will not affect any deadlines currently specified in the Amended Docket Control Order (Dkt. No. 58). A proposed order is attached for the Court's consideration.

Dated: December 14, 2012

Respectfully submitted,

By: */s/ Michael D. Broaddus (w/permission by Allen F. Gardner)*
Michael D. Broaddus
mbroaddus@perkinscoie.com
Christina J. McCullough
cmcullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, Washington 98101
Tel.: (206) 359-8000
Fax: (206) 359-9000

Chad S. Campbell
cscampbell@perkinscoie.com
Aaron H. Matz
amatz@perkinscoie.com
Tyler R. Bowen
tbowen@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Tel.: (602) 351-8393
Fax: (602) 648-7193

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 North College, Suite 500
Tyler TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

Robert M. Parker
rmparker@pbatyler.com
Robert Christopher Bunt
rcbunt@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Tel.: (903) 531-3535
Fax: (903) 533-9687

**ATTORNEYS FOR DEFENDANT INTEL CORPORATION**

*/s/ Eric M. Albritton (w/permission by Allen F. Gardner)*
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Barry J. Bumgardner
Texas State Bar No. 24041918
barry@nbclaw.net
Jaime K. Olin
Texas State Bar No. 24070363
jolin@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

**COUNSEL FOR PLAINTIFFS STRAGENT, LLC AND TAG FOUNDATION**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document will be served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on December 14, 2012.

>  */s/ Allen F. Gardner*
>  Allen F. Gardner

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have complied with the meet and confer requirement of Local Rule CV-7(h).  All parties join in this motion.

>  */s/ Allen F. Gardner*
>  Allen F. Gardner