# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC and TAG FOUNDATION, | § §  § CIV. ACTION NO. 6:11-CV-421-LED § |
| *Plaintiffs*, | § § |
| v. | § JURY TRIAL DEMANDED § |
| INTEL CORPORATION, | § § |
| *Defendant*. | § § |

## PLAINTIFFS STRAGENT, LLC'S AND TAG FOUNDATION'S NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Standing Order Regarding Letter Briefs and the June 8, 2012 Amended Docket Control Order (Dkt. No. 58), Plaintiffs Stragent, LLC and TAG Foundation file this Notice of its letter to the Court responding to Defendant Intel Corporation's letter brief requesting permission to file a motion for summary judgment on indefiniteness. A copy of Plaintiffs' letter is attached as Exhibit 1.

Dated: January 24, 2013

Respectfully submitted,

/s/ Barry J. Bumgardner
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM

1

P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Barry J. Bumgardner
Texas State Bar No. 24041918
barry@nbclaw.net
Jaime K. Olin
Texas State Bar No. 24070363
jolin@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

*Attorneys for Plaintiffs Stragent, LLC and TAG Foundation*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 24th day of January, 2013.

                                                      /s/ Barry J. Bumgardner
                                                      Barry J. Bumgardner