**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| STRAGENT LLC, et al., § | |
| § | |
| vs. § | NO. 6:11cv421 LED-JDL |
| § | |
| INTEL CORPORATION. § | PATENT CASE |
| § | |

### ORDER ADOPTING ORDER OF
### UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate Judge ("R&R") (Doc. No. 121), which denies Intel Corporation's Motion for Summary Judgment of Invalidity for Indefiniteness of Claim 10 of the '072 Patent (Doc. No. 86), has been presented for consideration.  Defendants moved for summary judgment of invalidity of U.S. Patent No. 6,848,072, arguing that the term "the crossbar switch" in Claim 10 lacked appropriate antecedent basis.  The Magistrate Judge recommended denial of Intel's motion, stating that Claim 10 was not insolubly ambiguous.  R&R AT 5.  No objections were filed.  Therefore, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 9th day of September, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**