# VERDICT FORM

Based on the evidence admitted at trial and in accordance with the instructions given by the Court, we, the jury, unanimously agree to the answers to the following questions:

**Question No. 1:**     **Infringement of Device Claims by Chips**

Has plaintiff Stragent, LLC, proven by a preponderance of the evidence that defendant Intel Corporation has infringed the following claims by making, using, offering for sale, or selling the accused chips? Answer "Yes" or "No" for each asserted claim. "Yes" is a finding in favor of Stragent that the claim has been infringed. "No" is a finding in favor of Intel that the claim has not been infringed.

    a.     Claim 12 of the '072 patent     __no__

    b.     Claim 16 of the '072 patent     __no__

**Question No. 2:**     **Infringement of Device Claims by Wafers**

Has plaintiff Stragent, LLC, proven by a preponderance of the evidence that defendant Intel Corporation has infringed the following claims by making the accused semiconductor wafers in the United States? Answer "Yes" or "No" for each asserted claim. "Yes" is a finding in favor of Stragent that the claim has been infringed. "No" is a finding in favor of Intel that the claim has not been infringed.

    a.     Claim 12 of the '072 patent     __no__

    b.     Claim 16 of the '072 patent     __no__

**Question No. 3:**     **Validity**

Has defendant Intel Corporation proven by clear and convincing evidence that the following claims are invalid? Answer "Yes" or "No" for each claim. "Yes" is a finding in favor of Intel that the claim is invalid. "No" is a finding in favor of Stragent that the claim has not been proven invalid.

a.  Claim 12 of the '072 patent     __Yes__

b.  Claim 16 of the '072 patent     __Yes__

**If you have found any claim(s) to be infringed and not invalid, go on to Question No. 4. Otherwise, do not answer Question No. 4—simply have the Foreperson sign the verdict form and notify the Court Security Officer that you have reached a verdict.**

**Question No. 4:**     **Damages**

What is the amount of reasonable royalty, if any, that you find Plaintiff Stragent, LLC, has proven by a preponderance of the evidence would fairly compensate it for any infringement you have found? You must answer separately for any infringement you found in Question No. 1 (by Intel's chips) and any infringement you found in Question No. 2 (Intel's wafers).

| | |
|---|---|
| Intel's chips | $_____ |
| Intel's wafers | $_____ |
| Total | $_____ |

**Your work is now finished. Have the Foreperson sign and date the verdict form and notify the Court Security Officer that you have reached a verdict.**

**FOR THE JURY:**

By: _____   Date: _3-14-~~2000~~ 2014_

   **Foreperson**