UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Stragent, LLC, | |
| *Plaintiff*, | |
| v. | Case No. 6:11-cv-421 |
| Intel Corporation, | |
| *Defendant*. | |

**FINAL JUDGMENT**

This action was tried to a jury with the undersigned presiding, and the jury has reached a verdict on the claims and defenses submitted.

In consideration thereof, it is **ORDERED** that:

1. Defendant Intel Corporation did not infringe claims 12 or 16 of U.S. Patent No. 6,848,072 (the '072 patent).

2. Claims 12 and 16 of the '072 patent are invalid.

3. Stragent's claim of infringement under claim 1 of U.S. Patent No. 7,028,244 (the '244 patent) is dismissed with prejudice.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that plaintiff Stragent LLC take nothing from defendant Intel Corporation.

It is further **ORDERED, ADJUDGED, AND DECREED** that the defendant Intel Corporation's costs of court be taxed against plaintiff Stragent LLC. The parties are directed to Local Rule No. CV-54 and the Standing Order Regarding Bill of Costs for guidance.

Signed and ordered April 8, 2014.

_____

Hon. Timothy B. Dyk
United States Circuit Judge[*]

---

[*] Of the United States Court of Appeals for the Federal Circuit, sitting by designation.