# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | **Civil Action No. 6:11-CV-421-TBD-JDL** |
| | § | |
| **v.** | § | |
| | § | |
| **INTEL CORPORATION,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR ATTORNEY FEES (DKT. NO. 345)

Stragent, LLC, plaintiff in in the above-entitled and numbered civil action, respectfully moves for a two-week extension of time to file its response to defendant's Motion for Attorney Fees (Dkt. No. 345) ("Motion"). In support of its motion, Plaintiff would respectfully show the Court the following.

The Motion was filed April 10, 2014, after 5:00 p.m. Dkt. No. 345. The response is currently due April 28, 2014. Plaintiff requests, and Intel does not oppose, a two-week extension of this deadline, to May 12, 2014.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court grant a two-week extension of time, until and including May 12, 2014, for Plaintiff to file its response to Defendant's Motion for Attorney Fees, and for all other relief to which they are justly entitled.

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Barry J. Bumgardner
Texas State Bar No. 00793424
barry@nbclaw.net
Jaime K. Olin
Texas State Bar No. 24070363
jolin@nbclaw.net
R. Casey O'Neill
Texas State Bar No. 24079077
coneill@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

Debra Coleman
Texas State Bar No. 24059595
deb@coleman-coleman.com
COLEMAN & COLEMAN, P.C.
P.O. Box 161957
Austin, Texas 78716
Telephone:  (512) 327-8933
Facsimile:  (512) 328-6269

Michael E. Joffre
D.C. Bar No. 497813
mjoffre@khhte.com
Melanie L. Bostwick
D.C. Bar No. 987050
mbostwick@khhte.com
KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Counsel for Stragent, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document will be served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 14th day of April 2014.

Eric M. Albritton

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet and confer requirements of Local Rule CV-7(h)-(i) and that Defendant Intel Corporation does not oppose the foregoing motion.

Eric M. Albritton