IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **STRAGENT, LLC, ET AL.,** § | |
| § | |
| *Plaintiffs*, § | Civil Action No. 6:11-cv-421-TBD-JDL |
| § | |
| v. § | |
| § | |
| **INTEL CORPORATION,** § | |
| § | |
| *Defendant*. § | |
| § | |

### INTEL'S UNOPPOSED MOTION TO ALTER BRIEFING SCHEDULE FOR ITS MOTION TO RECOVER ATTORNEYS' FEES

Intel hereby moves for an order altering the briefing schedule for its motion for attorneys' fees. On April 10, 2014, Intel moved to recover its attorneys' fees. [Dkt. 345] On April 15, 2014, the Court ordered that the briefing schedule for that motion would be stayed until the Supreme Court issued its decision in *Octane Fitness, LLC v. Icon Health & Fitness, Inc.* No. 12-1184, and that Stragent's response would be due fourteen days after that decision issued. [Dkt. 348] The Supreme Court issued its decision in *Octane* on April 29, 2014.

Because the decision in *Octane* articulates a new test for awarding attorneys' fees under 35 U.S.C. § 285, Intel believes it will be most efficient for the Court and both parties if it submits an amended motion that reflects the new legal standard. The proposed amended motion is attached as Exhibit A. Filing that motion will extend the briefing schedule by only a little more than a week and will not affect any other deadlines in the case. Specifically, Intel respectfully requests that the Court enter an order setting forth the following schedule:

| Intel files its amended motion | May 8, 2014 |
| --- | --- |
| Stragent files its response | May 22, 2014 |
| Intel files its reply | May 29, 2014 |
| Stragent files its sur-reply | June 5, 2014 |

Stragent does not oppose this motion or the proposed schedule.

Dated:  May 6, 2014          Respectfully submitted,

    */s/Chad S. Campbell, with permission by Michael E. Jones*
Chad S. Campbell
  cscampbell@perkinscoie.com
Aaron H. Matz
  amatz@perkinscoie.com
Tyler R. Bowen
  tbowen@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Tel.:  (602) 351-8000
Fax:  (602) 648-7000

David J. Burman
  dburman@perkinscoie.com
Michael D. Broaddus
  mbroaddus@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, Washington  98101
Tel.:  (206) 359-8000
Fax:  (206) 359-9000

        Michael E. Jones
          mikejones@potterminton.com
        John Bufe
          johnbufe@potterminton.com
        Allen Gardner
          allengardner@potterminton.com
        POTTER MINTON
        110 N. College Avenue, Suite 500
        Tyler, Texas  75702
        Tel.:  (903) 597-8311
        Fax:  (903) 593-0846

        Robert Christopher Bunt
          rcbunt@pbatyler.com
        PARKER, BUNT & AINSWORTH, P.C.
        100 East Ferguson, Suite 1114
        Tyler, Texas  75702
        Tel.:  (903) 531-3535
        Fax:  (903) 533-9687

        ***Attorneys for Defendant Intel Corporation***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 6, 2014.

                                           */s/ Michael E. Jones*