UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Stragent, LLC,

*Plaintiff*,

v.

Intel Corporation,

*Defendant*.

Case No. 6:11-cv-421

**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF BILL OF COSTS**

Before the court is defendant Intel Corporation's Unopposed Motion for Entry of Bill of Costs, May 5, 2014, ECF No. 351. The court previously directed that Intel's costs be taxed against plaintiff Stragent LLC. Final J., April 8, 2014, ECF No. 344. Intel now moves the clerk to tax costs in the amount of $202,985.61, as reflected in a bill of costs that it filed as an exhibit to its motion. Stragent does not oppose the motion or the calculation of costs. Intel's motion is **GRANTED**. The clerk is directed to tax Intel's costs against Stragent in the amount of $202,985.61, as reflected in the bill of costs.

Signed and ordered May 7, 2014.

_____
Hon. Timothy B. Dyk
United States Circuit Judge[*]

---

[*] Of the United States Court of Appeals for the Federal Circuit, sitting by designation.