UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Stragent, LLC,

    *Plaintiff*,

v.

Intel Corporation,

    *Defendant*.

Case No. 6:11-cv-421

**ORDER GRANTING AMENDED UNOPPOSED
MOTION FOR ENTRY OF BILL OF COSTS**

Before the court is defendant Intel Corporation's Amended Unopposed Motion for Entry of Bill of Costs, May 8, 2014, ECF No. 356. Intel seeks entry of a bill of costs in the amount of $202,025.02. The amended motion is **GRANTED**. The clerk is directed to enter Intel's bill of costs against plaintiff Stragent, LLC in the amount of $202,025.02. The court's earlier order directing the clerk to enter a bill of costs in the amount of $202,985.61 is **VACATED**.

Signed and ordered May 9, 2014.

_____
Hon. Timothy B. Dyk
United States Circuit Judge[*]

---

[*] Of the United States Court of Appeals for the Federal Circuit, sitting by designation.

1