IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, ET AL., | § § | |
| *Plaintiffs*, | § § | Civ. Action No. 6:11-CV-421-TBD-JDL |
| v. | § § | JURY TRIAL DEMANDED |
| INTEL CORPORATION, | § § | |
| *Defendant*. | § § | |

## PLAINTIFF'S MOTION TO WITHDRAW JAIME K. OLIN AND R. CASEY O'NEILL AS COUNSEL OF RECORD

Stragent, LLC, plaintiff in the above-entitled and numbered civil action, respectfully moves for the Court to allow Jaime K. Olin and R. Casey O'Neill to withdraw as its counsel of record in the above-captioned action.  This motion does not affect any other representations in this action.

Dated: July 18, 2014

Respectfully Submitted,

/s/ Barry J. Bumgardner
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Barry J. Bumgardner
Texas State Bar No. 00793424
barry@nbclaw.net
Jaime K. Olin
Texas State Bar No. 24070363
jolin@nbclaw.net
R. Casey O'Neill
Texas State Bar No. 24079077
coneill@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

Debra Coleman
Texas State Bar No. 24059595
deb@coleman-coleman.com
COLEMAN & COLEMAN, P.C.
P.O. Box 161957
Austin, Texas 78716
Telephone: (512) 327-8933
Facsimile: (512) 328-6269

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document will be served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on July 18, 2014.

/s/ Barry J. Bumgardner
Barry J. Bumgardner

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is unopposed.

/s/ Barry J. Bumgardner
Barry J. Bumgardner