UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Stragent, LLC,

 *Plaintiff*,

v.

Intel Corporation,

 *Defendant*.

Case No. 6:11-cv-421

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the court is plaintiff Stragent LLC's unopposed motion to withdraw Jaime K. Olin and R. Casey O'Neill as counsel of record in this action. The motion is **GRANTED**. The clerk is hereby directed to remove Jaime K. Olin and R. Casey O'Neill from the list of counsel of record in this action.

Signed and ordered July 23, 2014.

_____
Hon. Timothy B. Dyk
United States Circuit Judge[*]

---

[*]   Of the United States Court of Appeals for the Federal Circuit, sitting by designation.